UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FREDERICK DIAZ,

                                  Plaintiff,

    -v-                                                          9:15-cv-776
                                                               (DNH/DJS)

STEPHANIE PELO, Grievance Supervisor,
Great Meadow Correctional Facility; C. FRASER,
Sergeant, Great Meadow Correctional Facility;
KENNETH MCKEIGHAN, Industry
Superintendent, Great Meadow Correctional
Facility; RODNEY EASTMAN, Deputy
Superintendent of Security, Great Meadow
Correctional Facility; CHRISTOPHER MILLER,
Superintendent, Great Meadow Correctional
Facility; and RACHEL A. YOUNG, Acting
Director of the Office of Guidance & Counseling,

                                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

FREDERICK DIAZ
86-B-2129
Plaintiff pro se
Elmira Correctional Facility
P.O. Box 500
Elmira, NY 14902

HON. ERIC T. SCHNEIDERMAN                NICOLE E. HAIMSON, ESQ.
New York State Attorney General - Albany      Ass't Attorney General
Attorney for Defendants
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Pro se plaintiff Frederick Diaz brought this civil rights action pursuant to 42 U.S.C. § 1983. On March 24, 2017, the Honorable Daniel J. Stewart, United States Magistrate Judge, advised by Report-Recommendation that defendants' motion to dismiss be granted in part and denied in part. Plaintiff timely filed objections to the Report-Recommendation.

Based upon a de novo review of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Defendants' motion to dismiss is GRANTED in part and DENIED in part;

2. Plaintiff's conspiracy and equal protection claims are DISMISSED as against all defendants;

3. Defendants are directed to file an answer to the Complaint within twenty (20) days of the date of this Decision and Order; and

4. The Clerk is directed to serve a copy of this Decision and Order upon plaintiff in accordance with the Local Rules.

IT IS SO ORDERED.

_____
United States District Judge

Dated: April 17, 2017
      Utica, New York.

The following claims remain: (1) that defendants Pelo and Young violated plaintiff's due process rights when they deducted $1,660.20 from his inmate account; (2) that defendants Pelo and Young retaliated against plaintiff when they deducted $1,660.20 from his inmate account; (3) that defendants Fraser and Eastman retaliated against plaintiff by issuing him a false IPC report; (4) that defendant McKeighan violated plaintiff's due process rights during the IPC and IGRC impeachment hearings; (5) that defendant McKeighan retaliated against plaintiff by affirming his IPC placement; (6) that defendants Eastman and Miller retaliated against plaintiff by upholding his IPC placement; and (7) that defendant Pelo retaliated against plaintiff by issuing him a false misbehavior report.