UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FREDERICK DIAZ,

                              Plaintiff,

        -v-                                                    9:15-CV-776
                                                               (DNH/DJS)

STEPHANIE PELO, Grievance Supervisor,
Great Meadow Correctional Facility; C. FRASER,
Sergeant, Great Meadow Correctional Facility;
KENNETH MCKEIGHAN, Industry
Superintendent, Great Meadow Correctional
Facility; RODNEY EASTMAN, Deputy
Superintendent of Security, Great Meadow
Correctional Facility; CHRISTOPHER MILLER,
Superintendent, Great Meadow Correctional
Facility; and RACHEL A. YOUNG, Acting
Director of the Office of Guidance & Counseling,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

FREDERICK DIAZ
86-B-2129
Plaintiff pro se
Elmira Correctional Facility
P.O. Box 500
Elmira, NY 14902

HON. ERIC T. SCHNEIDERMAN                    RYAN L. ABEL, ESQ.
New York State Attorney General - Albany     Ass't Attorney General
Attorney for Defendants
The Capitol
Albany, NY 12224


DAVID N. HURD
United States District Judge

## DECISION and ORDER

Pro se plaintiff Frederick Diaz brought this civil rights action pursuant to 42 U.S.C. § 1983.  On February 15, 2019, the Honorable Daniel J. Stewart, United States Magistrate Judge, advised by Report-Recommendation that defendants' motion for summary judgment be granted in part and denied in part and that plaintiff's cross-motion for summary judgment be denied.  Plaintiff and defendant Young timely filed objections to the Report-Recommendation.

Based upon a de novo review of the portions of the Report-Recommendation to which the parties objected, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1.  Defendants' motion for summary judgment is GRANTED in part and DENIED in part;

2.  Defendants' motion for summary judgment with respect to plaintiff's due process claim against defendant Young is DENIED and that claim will proceed to trial;

3.  Defendants' motion for summary judgment with respect to all other claims is GRANTED;

4.  The following claims are DISMISSED:

a.  due process claim against defendant Pelo for deduction of $1,660.20 from plaintiff's inmate account;

b.  retaliation claim against defendants Pelo and Young for deducting $1,660.20 from plaintiff's inmate account;

2

c. retaliation claim against defendants Fraser and Eastman for issuing plaintiff a false IPC report;

d. due process claim against defendant McKeighan regarding the IPC and IGRC impeachment hearings;

e. retaliation claim against defendant McKeighan for affirming plaintiff's IPC placement;

f. retaliation claim against defendants Eastman and Miller for upholding plaintiff's IPC placement; and

g. retaliation claim against defendant Pelo for issuing plaintiff a false misbehavior report;

5. Plaintiff's cross-motion for summary judgment is DENIED;

6. Trial on the sole remaining due process claim against defendant Young is scheduled for Tuesday, August 6, 2019, in Utica, New York with pre-trial papers due on or before 12:00 p.m. on Tuesday, July 23, 2019; and

7. Plaintiff's prior request for pro-bono trial counsel, ECF No. 58, is considered renewed and GRANTED and counsel will be assigned in due course.

IT IS SO ORDERED.

_____
United States District Judge

Dated: March 28, 2019
       Utica, New York.